## Commonwealth ex rel. Van Horn *v.* Van Horn, Appellant.

Argued June 11, 1969. *C. Belefonte,* with him *Francis A. Ferrara,* and *Kassab, Cherry, Curran & Archbold,* for appellant; *W. Donald Sparks,* with him *Eckell, Sparks and Monte,* for appellee.

Order affirmed.

## Commonwealth ex rel. Walsh *v.* Robinson et al., Appellants.

Argued April 16, 1969. *Carol Mary Los,* with her *David J. Humphreys* and *Louis Abromson,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellant; *James E. McLaughlin,* with him *McArdle & McLaughlin,* for appellee.

Order affirmed.